DOROTHY YARRINGTON, *ET AL.*, PLAINTIFFS, v. BALDWIN MANOR, INC., NICHOLAS CAMAROTA AND BERTRAM ROBERTS, INDIVIDUALLY AND t/a BALDWIN MANOR, *ET AL.*, DEFENDANTS AND THIRD PARTY PLAINTIFFS-APPELLANTS, v. MARYLAND CASUALTY COMPANY, ASSURANCE COMPANY OF AMERICA, *ET AL.*, THIRD PARTY DEFENDANTS-RESPONDENTS.

Argued January 11, 1972—Decided February 7, 1972.

*Mr. Matthew M. Keshishian* argued the cause for appellants (*Messrs. Krugman, Chapnick, Grimshaw & Dubow,* attorneys).

*Mr. Edward E. Kuebler* argued cause for the respondents.

PER CURIAM: The Appellate Division concluded that since there had been no damage during the period of the policy its coverage did not, under its explicit terms, extend to the occurrence set forth in the third party complaint. The particular record before us would not fairly permit any other conclusion and accordingly the Appellate Division's judgment is:

Affirmed.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and MOUNTAIN—7.

*For reversal*—None.